# Exhibit 1

United States
**Consumer Product Safety Commission**

VIA: Certified Mail
Edward D. Krenik
106 N. Quaker Ln.
Alexandria, VA 22304
ed.krenik@northstarek.com

August 28, 2026

Mr. Krenik,

This letter serves as formal notice that you are prohibited from entering any U.S. Consumer Product Safety Commission (CPSC) facility or any federally leased space occupied by CPSC personnel, and any areas located directly outside of these spaces. This includes, but is not limited to:

- CPSC Headquarters, 4330 East West Highway, Bethesda, MD
- National Product Testing and Evaluation Center, 5 Research Place, Rockville, MD
- CPSC Sample Storage Facility, 7500 Lindbergh Drive, Gaithersburg, MD
- CPSC Headquarters (effective October 1, 2026), Government Accountability Office, 441 G Street NW, Washington, DC

Reason for Restricted Access

Your recent conduct has been determined to pose a credible threat to agency personnel and federal operations. Your repeated abusive and disruptive behavior, along with your continued attempts to contact staff using improper and unauthorized communication channels, constitute serious violations of federal property regulations and security directives. As a result, the Department of Homeland Security, the Federal Protective Service (FPS), and the General Services Administration have been notified and are actively coordinating with the agency to assess and mitigate risk.

This determination has resulted in the immediate enforcement of federal law and regulations, including:

- 40 U.S.C. 1315, which gives the Department of Homeland Security the authority to protect Federal buildings; and
- 6 CFR Part 139, empowering Federal Protective Service personnel to deny admission, remove individuals from federal property, and take law enforcement action when necessary.

*This memorandum was prepared by the CPSC staff. It has not been reviewed or approved by, and may not necessarily reflect the views of, the Commission.*

Legal Consequences of Violating This Directive

If you attempt to enter any CPSC facility—including any federally leased area occupied by CPSC personnel and any areas located directly outside of these buildings —you may be arrested and charged with trespassing on federal property, consistent with the enforcement actions allowed under federal regulations and FPS authority.

Future Communications

You may not appear in person at any CPSC or affiliated federal location for any reason.

Any future communication with the agency must occur exclusively through approved non-physical channels:

- Written communication delivered by mail
- Email sent to designated public contact addresses
- Telephone contact through official public numbers

At no point should you attempt to schedule or request in-person interaction.

Duration of Restriction

This restriction will remain in full effect until formally rescinded jointly by the U.S. Consumer Product Safety Commission and the Federal Protective Service.

JAMES WEBB Digitally signed by JAMES WEBB
Date: 2026.08.28 13:39:12
-04'00'

Mr. James Webb
Security Specialist
U.S. Consumer Product Safety Commission

*This memorandum was prepared by the CPSC staff. It has not been reviewed or approved by, and may not necessarily reflect the views of, the Commission.*



**U.S. Consumer Product Safety Commission**
4330 East-West Highway
Bethesda, MD 20814
cpsc.gov

**National Product Testing & Evaluation Center**
5 Research Place
Rockville, MD 20850